IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANET NAWROCKI and H.O.P.E., INC., d/b/a/ HOPE FAIR HOUSING CENTER, an Illinois not-for-profit corporation,<br><br>    *Plaintiff,*<br><br>v.<br><br>OAK BROOK TOWERS CONDOMINIUM ASSOCIATION, OAK TOWERS HOMEOWNERS ASSOCIATION, LIEBERMAN MANAGEMENT SERVICES, FIRSTSERVICE RESIDENTIAL ILLINOIS 2, INC., AND RICHARD KRILICH,<br><br>    *Defendants*. | Case No.: 1:20 – cv - 01517<br><br>Honorable Joan B. Gottschall<br><br>Magistrate Jeffrey Cummings<br><br>Jury Trial Demanded |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties in the above-entitled action, through their respective attorneys, that the parties have resolved this matter and the above-entitled action should be dismissed with prejudice, with no costs sought or awarded.

Respectfully submitted,

By: /s/ *Jennifer K. Soule*

 Jennifer K. Soule – ARDC #
 SOULE, BRADTKE & LAMBERT
 Attorneys for Plaintiffs
 402 Campbell Street, Suite 100
 Geneva, IL 60134
 (630) 333-9144 Ph. / (630) 607-0266 Fax
 jsoule@sbllegal.com

By: /s/ *Christopher E. Ralph*

 Christopher E. Ralph – ARDC #6288124
 KOVITZ SHIFRIN NESBIT
 Attorneys for Defendants
 55 W. Monroe Street, Suite 2445
 Chicago, IL 60603
 (847) 537-0500 Ph. / (847) 537-0550 Fax
 cralph@ksnlaw.com

By: <u>/s/ *Wendy P. Durbin*</u>

      Wendy P. Durbin – ARDC #6288124
      KOVITZ SHIFRIN NESBIT
      Attorneys for Defendants
      55 W. Monroe Street, Suite 2445
      Chicago, IL 60603
      (312) 880-1216 Ph. / (847) 537-0550 Fax
      wdurbin@ksnlaw.com